**EXHIBIT 7**



Expert Opinion of Erin Perczak
Hiland Hills v. Owners Ins. Co.

17-CV-1773-MSK-MEH

Prepared By: Erin Perczak, PI, CCE

04/15/2021

 **EXHIBIT 7**

**Background Experience and Qualifications of Erin Perczak**

I have worked in the litigation support industry in the Denver legal market for over 15 years. I have been employed both in house at law firms as well as with outside providers offering consulting and technical assistance to law firms as it relates to issues involved in the Discovery process. This area encompasses the process of collection of evidence, processing data for review, review and analysis of materials, and production of items in legal matters. I have been qualified as a Certified Computer Examiner by the International Society of Forensic Computer Examiners, a group recognized as a premier training and certification association as it related to the field of computer forensics. I have additionally been certified as an E-Discovery Specialist by the Association of Certified E-Discovery Specialists (ACEDS). I am also a licensed Private Investigator in the State of Colorado. I have testified in Colorado courts on matters that relate to the areas of eDiscovery and Computer Forensics.

**Engagement:**

I have been retained by Impact Claim Services, LLC to perform an analysis and comparison of expenses and invoices related to litigation response events engaged by Impact Claim Services, LLC in the above matter. I have been provided with a hard drive containing the original native files collected and ultimately produced in response to litigation related to the case "Hiland Hills v. Owners Ins. Co." I have additionally been provided with invoice number 2020-7995-1, dated October 20, 2020 from Impact Claim Services, LLC. This invoice is reported to be for work performed by Derek O'Driscoll and Impact Claim Services, LLC for work related to the legal matter of Hiland Hills v Owners Ins. Co.

**Background:**

The response to a Discovery request usually requires two distinct, but connected, processes. The first is the process of locating and collection of potentially relevant documents and information, and the second is a review and process of final production of those materials. I have performed both of these tasks, as a service provider to law firms and corporations, and internally as an employee of law firms. The collection tasks generally begin, and is guided, by discussions with counsel and the client to understand the scope of the request for production of materials. These discussions are rarely a single meeting, but generally will span multiple meetings or phone calls to discuss what data and document have been identified, their scope and relevance, the size of the population, and the best approach to review and produce the items identified.

The costs and billable units for this initial process of identification and collection of materials can vary, but are generally billed either in an hourly rate or a per device rate or some combination of the two. There is no standard rule for how the collection of materials should be

Information contained in this report may be deemed to contain privileged or confidential information.
Steps should be taken to protect this information and ensure it is only used for intended purposes and should not be redistributed without prior authorization.



# EXHIBIT 7

billed, but over time many providers and law firms have adopted this hourly and/or per device model for billing.

At Perin Investigations, we bill our forensic and consulting time at $250 per hour.  We base this rate on trying to be the most affordable option for forensic services in the Denver market, but based on research of our competition know that some local firms are billing at a rate over $300 dollars and hour.  This rate also will vary based on geographical location and market.  The community research and publishing company ComplexDiscovery sends out quarterly and annual surveys to law firms and service providers to find information on what the average price is that eDiscovery and forensic companies are charging.  In the "Winter 2021 eDiscovery Pricing and Survey Results", ComplexDiscovery received the following responses from respondents to the question "What is the per hour cost for a collection by a forensic examiner?":

1. What is the per hour cost for a collection by a forensic examiner?

- Less than $250 per hour. 21.5% (Down from 23.8%)
- Between $250 and $350 per hour. 65.8% (Up from 61.0%)
- Greater than $350 per hour. 6.3% (Down from 6.7%)
- Do not know. 6.3% (Down from 8.6%)



In addition to the costs associated with the collection effort, there are also billable events which need to occur for the data that has been identified and collected to ultimately be produced.  This

Information contained in this report may be deemed to contain privileged or confidential information.
Steps should be taken to protect this information and ensure it is only used for intended purposes and should not be redistributed without prior authorization.



**EXHIBIT 7**

process may include the eyes-on-review of materials, the redaction of documents which contain privileged or sensitive information, and the conversion of the documents to a standardized file format for bates numbering and production per the ESI agreement the parties create for that specific matter. This process will generally include some form of a mixture of billable events that include hourly rates for various tasks as well as a per unit charge for some of the conversion and production tasks. There is less consistency in the billing rates and models for these types of tasks, but the vast majority of service providers who offer these services follow a model of an hourly rate charge for consulting and review assistance, and per unit costs for tasks like the ingestion of the collected materials into industry tools for indexing and searching, per unit costs of the monthly retention of that data, and per unit costs for the process of converting the collected and now reviewed data into a format that includes bates numbers and any load files or additional materials that are to be produced. At Perin Investigations, our rates for each of these tasks is outlined below:

Hourly Project Management and Review Assistance: $175 per hour
Ingestion of Natively collected data for further review: $35 per GB
Monthly Charge for hosting of collected data for review: $20 per GB
Production of materials that have been identified as responsive in review: $150 per GB

In the above pricing, it is important to understand that the "GB" metric means Gigabyte. A Gigabyte is the standard data size unit used in the measurement and billing in our industry.

The "Winter 2021 eDiscovery Pricing and Survey Results" by ComplexDiscovery also included responses to questions in the survey related to the rates that service providers and law firms are commonly charging in the eDiscovery market. The responses for the per hour project management rates were as follows:

Information contained in this report may be deemed to contain privileged or confidential information.
Steps should be taken to protect this information and ensure it is only used for intended purposes and should not be redistributed without prior authorization.



**EXHIBIT 7**

9. What is the per hour cost of project management support for eDiscovery?

- Less than $100 per hour. 2.5% (Down from 6.7%)
- Between $100 and $200 per hour. 68.4% (Up from 65.7%)
- Greater than $200 per hour. 26.6% (Up from 22.9%)
- Do not know. 2.5% (Down from 4.8%)



Additionally, the respondents also included information for rates related to the ingestion and production processes. These steps are unique in when they are performed and the purpose for each step, but are both tied together by both being related to the data, and both being integral parts of the Discovery process. The Ingestion fess are for taking the raw data and performing deduplication, to ensure the team isn't reviewing or producing multiple copies of the same document, indexing and OCR, so that the data set is searchable and sortable, and preparing the data for further review in a manner that will be the easiest to work with for the legal team. The rates for native ingestion from the ComplexDiscovery survey were:

Information contained in this report may be deemed to contain privileged or confidential information.
Steps should be taken to protect this information and ensure it is only used for intended purposes and should not be redistributed without prior authorization.



**EXHIBIT 7**

**4. What is the per GB cost to process electronically stored information based on volume at ingestion?**

- Less than $25 per GB. 35.4% (Up from 33.3%)
- Between $25 and $75 per GB. 53.2% (Up from 45.7%)
- Greater than $75 per GB. 6.3% (Down from 10.5%)
- Do not know. 5.1% (Down from 10.5%)



The final production costs are usually the most expensive, and also the most time consuming. This is the process where the native files are converted into an image format and bates labeled, any redactions are applied, the document names are all renumbered to reflect the bates numbers, and any load files or cross reference files are created. This process in most cases will include the use of specialized tools and software to increase the speed at which all of the above can be completed, and to increase the accuracy and consistency of this process. The rates for this process of final production creation from the ComplexDiscovery survey are:

Information contained in this report may be deemed to contain privileged or confidential information.
Steps should be taken to protect this information and ensure it is only used for intended purposes and should not be redistributed without prior authorization.



**EXHIBIT 7**

**5. What is the per GB cost to process electronically stored information based on volume at completion of processing?**

- <mark>Less than $100 per GB. 51.9% (Up from 44.8%)</mark>
- Between $100 and $150 per GB. 31.6% (Up from 31.4%)
- Greater than $150 per GB. 1.3% (Down from 9.5%)
- Do not know. 15.2% (Up from 14.3%)



**Opinion:**

For my analysis in this matter, I was provided with an external hard drive which contains 148GB of raw data.

Information contained in this report may be deemed to contain privileged or confidential information.
Steps should be taken to protect this information and ensure it is only used for intended purposes and should not be redistributed without prior authorization.

 **EXHIBIT 7**



I was additionally provided with the invoice from Impact Claim Services, LLC in the mount of $7,125.00.

To complete a pricing analysis and comparison I will use the rates that Perin Investigations would charge for the service of collection and eDiscovery processing for this same data set. Again, I am pulling the units provided from the invoice provided by Impact Claim Services, LLC and the total per GB units from the hard drive provided to me.

Collection:

Perin Investigations - 19 hours at $250 per hour, plus per device rates and travel = $4750 + $975 x total number of devices that data was found on + $250 per hour for travel and additional consulting and communications for location of data
Impact Claim Services, LLC – 19 hours at $350 per hour = $7,125

Perin Investigations final bill would not simply be the hourly rate.  Our model would also include charges related to a per device collection fee, which for example, on a single computer would be an additional $975.  Our rates would also likely include some form of travel to the site

Information contained in this report may be deemed to contain privileged or confidential information.
Steps should be taken to protect this information and ensure it is only used for intended purposes and should not be redistributed without prior authorization.



**EXHIBIT 7**

where the documents are located.  The last and final point, which is an important factor, is that we are not familiar intimately familiar with the systems that the data is stored on, are not intimately familiar with where potentially relevant data is located in the environment, and may have had some additional billable events for conversations related to accessing the environment, logging and recording which machines contained which data, and working directly with those with knowledge to identify and locate the documents which comprised the final 148 GB of data that was to be produced.  The fact that the Perin Investigations does not have the same level of intimate knowledge of the systems and data location means that it would inherently take us more hours to complete this task than it took Impact Claim Services, LLC.

After the task of collection this 148GB dataset would then need to be prepared and converted for production.  The cost per GB for performing these tasks is varied, but using Perin Investigations rates the anticipated costs would be:

Native Ingestion: 148 GB x $35 per GB: $5,180
Conversion, bates numbering, creation of final deliverable: 148 GB x $150 per GB = $22,200

After the final deliverable is created, many times it is so large that the only option for producing the deliverable to other parties is by external hard drive.  Different providers will charge different rates, depending on the size of the drive and security factors like encryption, but the range of billable cost for these hard drives usually is anywhere from $100 to $300 per drive being delivered to a client or on a clients behalf.

The total anticipated cost if Perin Investigations were to perform the above tasks, from collection through final production, would be over $33,000.

Based on my knowledge and nearly 20 years experience in the eDiscovery industry, assisting law firms, corporations and government agencies with the process of Discovery, it is my opinion that the rates and final invoice amount from Impact Claim Services, LLC is in line with industry standard rates and billing seen in the market.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed: 04/22/2021

Erin A. Perczak
Certified Computer Examiner, CEDS, Licensed Private Investigator
Co-Founder, Perin Investigations LLC

Information contained in this report may be deemed to contain privileged or confidential information.
Steps should be taken to protect this information and ensure it is only used for intended purposes and should not be redistributed without prior authorization.