IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00870-DDD-NRN

PRAIRIE WALK CONDOMINIUM ASSOCIATION,
Plaintiff,

v.

THE AMERICAN INSURANCE COMPANY, a corporation,
Defendant.

---

**AMENDED SUPPLEMENT TO MOTION TO QUASH OR MODIFY SUBPOENA**

---

IMPACT CLAIM SERVICES, LLC, by and through counsel, Underhill Law, P.C., third-party witnesses who have received a subpoena for records from Defendant the American Insurance Company, submits the following SUPPLEMENT to its Motion regarding the amount of fees and costs requested solely to provide this Court with the total amount sought. This amended filing includes the exhibits.

When the Motion was originally filed, the records requested had not yet been produced. Now that they have, Impact has the specific monetary amount for the cost of compliance. To ensure that this Court and the parties have this information at the hearing scheduled for December 7, 2022, this supplement is filed with the evidence attached.

| Exhibit No. | Document | Amount |
|---|---|---|
| 1 | Impact Claim Services Payment Invoice | $10,555.64 |
| 2 | September Attorney Fee Invoice | $760.00 |
| 3 | October Attorney Fee Invoice | $140.00 |

1

| 4 | November Attorney Fee Invoice | $2,425.78 |
|---|---|---|
|   | *Less $1,470.00 entry not related to subpoena* | -($1,470.00) |
| 5 | December Attorney Fee Invoice | $1,065.10 |
|   | December Time for January Invoice (not yet billed)<br><br>Dec. 1 – 2.3 hours - Consider Response to Motion to Quash and arguments in same; review documents provided by client for privilege and confidentiality; discuss with client; convey instructions to staff regarding same.<br><br>Dec 5 – TBD – Paralegal time to compile, bates documents, draft disclosure statement.<br><br>Dec. 6 – 1.10 hours - Telephone call with client regarding invoice and hearing argument; review invoice from client and compile same; begin preparing argument for hearing.<br><br>Dec. 7 – TBD – Complete hearing preparation and attend hearing. | $2,000.00<br><br>(Estimate only) |
|   | **TOTAL:** | **$15,476.00** |

WHEREFORE, Impact Claim Services requests that this Court ORDER that American Family shall pay to Impact **$10,307.36**, being 2/3 all lost earnings at Mr. O'Driscoll's hourly rate and attorney fees and costs related to the issues raised in this motion or briefing and proceedings resulting from the same.

2

DATED:  December 7, 2022:          **UNDERHILL LAW, P.C.**

         */s/ Colin E. Moriarty*
         Colin E. Moriarty, #36865
         7350 East Progress Place, Ste. 110
         Greenwood Village, Colorado 80111
         Phone: (303) 721-7112

         **COUNSEL FOR IMPACT CLAIM SERVICES, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, I caused a true and correct copy of the foregoing **AMENDED SUPPLEMENT TO MOTION TO QUASH OR MODIFY SUBPOENA** to be sent via e-mail with notification addressed to the following:

*Counsel for Plaintiff*
*Prairie Walk Condominium Association.:*
Christopher N. Mammel, Esq.
**MERLIN LAW GROUP-DENVER**
222 Lakeview Ave., Ste. 1250
West Palm Beach, FL 33401
Email:  cmammel@merlinlawgroup.com

*Counsel for Defendant*
*The American Insurance Company:*
Nathaniel Barker, Esq.
Spencer Fane, LLP
1700 Linconl St., #2000
Denver, Colorado 80203
Email: nbarker@spencerfane.com

:

         */s/Melissa Rolli*
         FOR UNDERHILL LAW, P.C.