

**Public Adjusting | Appraisers | Umpires | Claims Consulting | Expert Witness**

| Impact Claim Services, LLC | | Invoice No. | 17335-2022-1 |
|---|---|---|---|
| P.O. Box 632094 | | Case Name | Prairie Walk Condominium Association vs. The American Insurance Company |
| Highlands Ranch, CO 80163 | | Case# | 1:21-cv-00378-WJM-SKC |
| 877.309.5533 | | Invoice Date: | December 5, 2022 |
| | | Responsible Party | Spencer Fane c/o Mr. Evan Stephenson |
| info@impactclaimservices.com | | Address: | 1700 Lincoln Street, Suite 2000 Denver, CO 80203 |
| **Payment Invoice** | | Email: | estephenson@spencerfane.com |
| | | Phone: | 303.839.3755 |

| Date | Agent | Service/Expense | Time | Expense Amount | Total Cost |
|---|---|---|---|---|---|
| 8/3/22 | DOD | Initial call with Counsel Regarding Subpoena and Service | 0.25 | $375.00 | $93.75 |
| 8/5/22 | DOD | Review email from Counsel with Subpoena and Proposed Waivers | 0.25 | $375.00 | $93.75 |
| 8/16/22 | DOD | Review and Edit of Response to OC regarding Subpoena | 0.25 | $375.00 | $93.75 |
| 8/26/22 | DOD | Review email from Counsel | 0.25 | $375.00 | $93.75 |
| 9/13/22 | DOD | Set Up File and Link for document production responsive to Subpoena | 0.25 | $375.00 | $93.75 |
| 9/14/22 | DOD | Discussion with Counsel regarding status | 0.25 | $375.00 | $93.75 |
| 9/30/22 | DOD | Review email and attachment from counsel regrading subpoena disputes. Review and Respond to Same. | 0.25 | $375.00 | $93.75 |
| 11/14/22 | DOD | Discussion with Counsel regarding status of Production | 0.25 | $375.00 | $93.75 |
| 11/14/22 | DOD | Review email from counsel regarding discovery disputes. | 0.25 | $375.00 | $93.75 |
| 11/18/22 | DOD | ICS Claim File Production | 0.50 | $375.00 | $187.50 |
| 11/21/22 | DOD | ICS Claim File Production | 5.75 | $375.00 | $2,156.25 |
| 11/21/22 | DOD | Call with Counsel regarding production status. | 0.25 | $375.00 | $93.75 |
| 11/22/22 | DOD | ICS Claim File Production | 1.75 | $375.00 | $656.25 |
| 11/23/22 | DOD | Identify, Compile, Convert to PDF emails that are not part of ICS Adjusting File per agreed search terms. | 8.75 | $375.00 | $3,281.25 |
| 11/23/22 | DOD | 1TB External Hard Drive EXPENSE | 1.00 | $55.64 | $55.64 |
| 11/24/22 | DOD | Identify, Compile, Convert to PDF emails that are not part of ICS Adjusting File per agreed search terms. | 2.75 | $375.00 | $1,031.25 |
| 11/25/22 | DOD | Identify, Compile, Convert to PDF emails that are not part of ICS Adjusting File per agreed search terms. | 3.75 | $375.00 | $1,406.25 |
| 11/27/22 | DOD | Identify, Compile, Convert to PDF emails that are not part of ICS Adjusting File per agreed search terms. | 1.00 | $375.00 | $375.00 |
| 11/28/22 | DOD | ICS Claim File Production. Copy to drive and deliver to counsel. | 1.00 | $375.00 | $375.00 |
| 12/1/2022 | DOD | Call with counsel regarding questions with production. | 0.25 | $375.00 | $93.75 |

| | 29 | Invoice Subtotal | $10,555.64 |
|---|---|---|---|
| | | Tax 7.75% | $0.00 |
| | | Other | |
| | | Deposit Received | |
| | | **TOTAL** | **$10,555.64** |

Make all checks payable to Impact Claim Services, LLC
Total due in 15 days. Overdue accounts subject to a service charge of 2% per month.

**Thank you for your business!**

EXHIBIT 1