

# Invoice

**# INV-000910**

**Invoice Date**
**08 Sep 2022**

**Balance Due**
**$0.00**

**Trust Balance**
**$0.00**

7350 E. Progress Pl., Ste. 110
Greenwood Village, Colorado 80111

Bill To
Impact Claim Services, LLC
P.O. Box 632094
Highlands Ranch, CO 80163

RE: 1.0140.28 O'Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 1.0140.28 O'Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena<br>03 Aug 2022 : Colin Moriarty : Receive and consider subpoena from opposing counsel; transfer copy to client; telephone discussion with client concerning same and next steps. | 0.50 | 350.00 | 175.00 |
| 1.0140.28 O'Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena<br>16 Aug 2022 : Colin Moriarty : Draft letter objecting to subpoena; revise and edit same; obtain client approval for transmittal of same. | 0.50 | 350.00 | 175.00 |
| 1.0140.28 O'Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena<br>17 Aug 2022 : Melissa Rolli : Multiple communications with counsel regarding Prairie Walk Condominiums matter to set-up conference call with attorney Colin Moriarty and circulation of call-in information. | 0.40 | 150.00 | 60.00 |
| 1.0140.28 O'Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena<br>26 Aug 2022 : Colin Moriarty : Telephone conference with opposing counsel concerning subpoena compliance; draft email to client following up on same. | 1.00 | 350.00 | 350.00 |

| | |
|---|---|
| **Fee Total** | $760.00 |
| **Costs Total** | $0.00 |
| **Invoice Total** | $760.00 |
| Payment Made | (-) 760.00 |
| Adjustment | 0.00 |
| Prior Balance | $0.00 |

EXHIBIT 2

| | |
|---|---:|
| Interest Accrued | $0.00 |
| **Balance Due** | **$0.00** |

## Notes

Thanks for your business!

## Payment Terms

Per the terms of your engagement agreement with Underhill Law, P.C., your payment is due within 5 days of the invoice date.  Invoices not paid by their due date incur interest at a rate of 18% annually.  The Interest Accrued total on this invoice represents **all** interest charged for your account on all invoices for this matter and does not represent interest charged for this invoice only.

## Trust Statement

No retainers on file for this matter and no retainer activity in the past 30 days.

EXHIBIT 2