# underhill
The Future of Legal Services for Small and Growing Businesses

7350 E. Progress Pl., Ste. 110
Greenwood Village, Colorado 80111

# Invoice

**# INV-000955**

**Invoice Date**
**06 Oct 2022**

**Balance Due**
**$0.00**

**Trust Balance**
**$0.00**

**Bill To**
Impact Claim Services, LLC
P.O. Box 632094
Highlands Ranch, CO 80163

**RE: 1.0140.28 O'Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena**

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 1.0140.28 O'Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena<br>06 Sep 2022 : Colin Moriarty : Draft email to opposing counsel concerning cost of subpoena compliance. | 0.20 | 350.00 | 70.00 |
| 1.0140.28 O'Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena<br>30 Sep 2022 : Colin Moriarty : Skim letter from opposing counsel and forward same to client. | 0.20 | 350.00 | 70.00 |

| | |
|---|---|
| Fee Total | $140.00 |
| Costs Total | $0.00 |
| **Invoice Total** | **$140.00** |
| Payment Made | (-) 140.00 |
| | 0.00 |
| Prior Balance | $0.00 |
| Interest Accrued | $0.00 |
| **Balance Due** | **$0.00** |

**Notes**
Thanks for your business!

**Payment Terms**

EXHIBIT 3

Per the terms of your engagement agreement with Underhill Law, P.C., your payment is due within 5 days of the invoice date. Invoices not paid by their due date incur interest at a rate of 18% annually.  The Interest Accrued total on this invoice represents **all** interest charged for your account on all invoices for this matter and does not represent interest charged for this invoice only.

Trust Statement

No retainers on file for this matter and no retainer activity in the past 30 days.

EXHIBIT 3