

# Invoice

**# INV-000997**

7350 E. Progress Pl., Ste. 110
Greenwood Village, Colorado 80111

**Invoice Date**
09 Nov 2022

**Balance Due**
$0.00

**Trust Balance**
$0.00

**Bill To**
Impact Claim Services, LLC
P.O. Box 632094
Highlands Ranch, CO 80163

**RE: 1.0140.28 O'Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena**

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Legal Research Fees<br>LexisNexis Oct 2022 | 1.00 | 3.78 | 3.78 |
| 1.0140.28 O Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena<br>10 Oct 2022 : Colin Moriarty : Review and chart disagreements on subpoena and consider motion for protective order based on same. | 0.60 | 350.00 | 210.00 |
| ██████████████████████████████ | ██ | ██ | 1,470.00 |
| 1.0140.28 O Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena<br>13 Oct 2022 : Melissa Rolli : Review, revise, prepare for mailing and mail and email letter to Nathaniel Barker and Christopher Mammel. | 0.30 | 150.00 | 45.00 |
| 1.0140.28 O Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena<br>13 Oct 2022 : Colin Moriarty : Telephone conversation with client regarding schedule; review cases cited by Judge Martinez in prior order and consider arguments based on same; consider strongest arguments on motion for protective order; draft letter to opposing counsel; review and edit same. | 1.80 | 350.00 | 630.00 |
| 1.0140.28 O Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena<br>27 Oct 2022 : Colin Moriarty : Consider and respond to email from opposing counsel regarding discovery dispute. | 0.20 | 350.00 | 70.00 |

| | |
|---|---|
| Fee Tota | $2,425.00 |
| Costs Tota | $3.78 |

EXHIBIT 4

|  |  |
|---|---|
| **Invoice Total** | **$2,428.78** |
| Payment Made | (-) 2,428.78 |
| Trade Out Discouont | 0.00 |
| Prior Ba ance | $0.00 |
| Interest Accrued | $0.00 |
| **Balance Due** | **$0.00** |

## Notes

hanks for your business!

## Payment Terms

Per the terms of your engagement agreement with Underhi  Law, P.C., your payment is due within 5 days of the invoice date.   nvoices not paid by their due date incur interest at a rate of 18% annua  y.   he  nterest Accrued tota  on this invoice represents **all** interest charged for your account on a   invoices for this matter and does not represent interest charged for this invoice on y.

## Trust Statement

No retainers on fi e for this matter and no retainer activity in the past 30 days.

EXHIBIT 4