**Underhill Law, P.C.**
7350 E Progress Pl, Suite 110
Greenwood Village, CO 80111
United States
303-721-7112



| | |
|---|---|
| **Derek O'Driscoll** | **Balance** $1,065.10 |
| P.O. Box 632094 | **Invoice #** 00166 |
| Highlands Ranch, CO 80163 | **Invoice Date** December 6, 2022 |
| | **Payment Terms** Due Date |
| | **Due Date** December 06, 2022 |

**1.0140.28 O'Driscoll, Derek - Impact Claim Services, LLC - Prairie Walk Subpoena** (1.0140.28)

For services rendered between
November 01, 2022 and November 30, 2022

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 11/02/2022 | CM | Communication | Review letter from AAA regarding arbitrator list; draft email to opposing counsel regarding deadline to select neutral; telephone messages left with Chris Mammel and with Jeffery Pagliuca regarding payment; forward email to client with potential mediator. | $350.00 | 0.40 | $140.00 |
| 11/02/2022 | CM | Communication | Conference call with other attorneys and Court clerk to discuss dispute. | $350.00 | 0.70 | $245.00 |
| 11/10/2022 | CM | Drafting | Draft Motion to Quash or Modify; consider appropriate authority for motion versus reply brief; consolidate arguments to shorten brief; other revisions and edits; complete draft of same and refer to staff for filing. | $350.00 | 1.10 | $385.00 |
| 11/10/2022 | MR | Drafting | Review, revise, prepare exhibits to and file Motion to Quash or Modify Subpoena. | $150.00 | 0.80 | $120.00 |
| 11/14/2022 | CM | Communication | Engage in email correspondence with other attorneys regarding subpoena compliance issues; telephone conversation with same regarding same; draft e-mail to client regarding same. | $350.00 | 0.30 | $105.00 |
| 11/21/2022 | CM | Communication | Telephone conversation with client concerning production. | $350.00 | 0.20 | $70.00 |
| | | | | Totals: | 3.50 | $1,065.00 |

**Expenses**

| Date | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|
| 11/30/2022 | Filing Fee | November 2022 CM/ECF Docket & Filing Fees | $0.10 | 1.0 | $0.10 |
| | | | | Expense Total: | **$0.10** |

EXHIBIT 5

| | |
|---|---:|
| Time Entry Sub-Total: | $1,065.00 |
| Expense Sub-Total: | $0.10 |
| **Sub-Total:** | **$1,065.10** |
| **Total:** | **$1,065.10** |
| **Amount Paid:** | **$0.00** |
| **Balance Due:** | **$1,065.10** |

EXHIBIT 5