IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-00870-DDD-NRN | Date: December 7, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| PRAIRIE WALK CONDOMINIUM ASSOCIATION, | Christopher Mammel |
| Plaintiff, | |
| v. | |
| THE AMERICAN INSURANCE COMPANY, a corporation, | Nathaniel Barker |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**1:26 p.m.**     **Court in session.**

Court calls case. Appearances of Counsel. Also appearing via telephone is Colin Moriarty, counsel for movant Impact Claim Services, LLC.

Court states preliminary remarks.

This matter is before the Court on Impact Claim Services LLC's Motion to Quash or Modify Subpoena (Dkt. # 30).

Arguments by Counsel.

For the reasons stated on the record, it is

**ORDERED:**   Impact Claim Services LLC's Motion to Quash or Modify Subpoena (Dkt. # 30) is TAKEN UNDER ADVISEMENT. The Court will issue a written order.

**2:10 p.m.**     **Court in recess.**

Hearing concluded.

Total in-court time:   00:44

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.