UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00870-DDD-NRN

PRAIRIE WALK CONDOMINIUM ASSOCIATION,

      Plaintiff,

v.

THE AMERICAN INSURANCE COMPANY,

      Defendant.

---

**DEFENDANT'S SUPPLEMENTAL RESPONSE TO THIRD PARTY IMPACT CLAIM SERVICES, LLC'S MOTION TO QUASH OR MODIFY SUBPOENA**

---

Defendant The American Insurance Company ("TAIC") submits the following supplemental response to Impact Claim Services, LLC's ("Impact") November 10, 2022, Motion to Quash or Modify Subpoena (the "Motion," ECF 30) and December 7, 2022, Amended Supplement to Motion to Quash or Modify Subpoena (the "Supplement," ECF 35), and states:

**SUPPLEMENT**

On December 5, 2022, Impact produced 74,575 pages of documents in response to TAIC's subpoena. (*See generally* Impact's Resp. RE: Am. Family's [sic] Subpoena for Records (the "Subpoena Response," attached as Exhibit A).)[1] Included in that production are Impact's "Litigation Files," which were Bates labeled UL-ICS-018837-074352. (*See id.* at 2.) Those over

---

[1] As noted during the December 7, 2022, hearing on the Motion, approximately 220 pages of those documents have not been produced to TAIC, but were provided to Plaintiff's counsel for privilege review and will be either logged or produced.

55,500 pages of documents consist entirely of pleadings and documents produced by the parties and other third party subpoena recipients in this case. Thus, only about 19,000 pages of documents Impact produced consist of anything other than litigation-related documents that Impact received from an unknown source for an unknown reason.

Impact's purported need to review every single page of its production provides virtually the entire basis for the Motion. (*See generally* Mot. (ECF 30); Supp. (ECF 35).) But Impact did not need to spend any time reviewing those 55,500 pages of documents to determine if they might be potentially privileged because either or both: (1) they are not Plaintiff's or Impact's documents; or (2) Plaintiff did not assert any privileges with respect to the documents it produced.

Impact apparently spent twenty-nine hours in conferring with counsel and compiling documents, including 25.5 hours spent on the production itself. (*See* Supp. Exh. 1 (ECF 35-1).) Apparently, that 25.5 hours included reviewing each of the approximately 55,500 pages of documents that had already been produced or filed in this lawsuit and for which neither Impact nor Plaintiff could claim any privilege. Impact should not be permitted to recover costs associated with this review, and its request for a cost-shifting award is significantly undermined by this request for unnecessarily-incurred costs that could have been avoided.

Finally, TAIC agrees with the Court's observations during the hearing that $375 per hour is unreasonable for what amounts almost entirely to administrative tasks related to compiling documents responsive to TAIC's subpoena.

In ruling on the Motion, the Court should take into consideration that Impact unnecessarily reviewed **at least** 55,500 pages of documents for potential privilege that neither it

nor Plaintiff could invoke or had invoked and Impact's unreasonable rate for administrative activities.

DATED: December 8, 2022

*/s/ Nathaniel Scott Barker*
Terence M. Ridley
Evan Stephenson
Nathaniel Scott Barker
Spencer Fane, LLP
1700 Sherman Street, Suite 2000
Denver, CO 80203
Phone: 303.839.3800
Fax: 303.839.3838
Email: tridley@spencerfane.com
estephenson@spencerfane.com
nbarker@spencerfane.com
*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2022, I filed the foregoing **DEFENDANT'S SUPPLEMENTAL RESPONSE TO THIRD PARTY IMPACT CLAIM SERVICES, LLC'S MOTION TO QUASH OR MODIFY SUBPOENA** via the CF/ECF Filing System, which caused service to be made on the following:

Christopher N. Mammel
Merlin Law Group, P.A.
1001 17th Street, Suite 1150
Denver, CO 80202
Phone: 720.665.9680
Fax: 720.665.9681
Email: cmammel@merlinlawgroup.com
*Attorney for Plaintiff*

Colin E. Moriarty
Underhill Law, P.C.
7350 East Progress Place, Suite 110
Greenwood Village, CO 8011
Phone: 303.721.7112
Email: colin@underhilllaw.com
*Attorney for Impact*

*s/ Nathaniel Scott Barker*
Nathaniel Scott Barker