IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00870-DDD-NRN

PRAIRIE WALK CONDOMINIUM ASSOCIATION,
Plaintiff,

v.

THE AMERICAN INSURANCE COMPANY, a corporation,
Defendant.

_____

**IMPACT CLAIMS SERVICES, LLC'S RESPONSE
RE: AMERICAN FAMILY'S SUBPOENA FOR RECORDS**
_____

IMPACT CLAIM SERVICES, LLC, by and through counsel, Underhill Law, P.C., third-party witnesses who have received a subpoena for records from Defendant The American Insurance Company.

This Response accompanies the production of records in response to the subpoena issued by Defendant. The records are being provided in electronic format. Due to volume, they must be sent via a file share software. Certain documents are designated as CONFIDENTIAL. If no protective order yet exists, they are being provided with the understanding that they will be kept in confidence by the receiving party until such time as such an Order is entered.

Exhibit A

A. **DOCUMENTS**

| DESCRIPTION | BATES NO. |
|---|---|
| Correspondence | UL-ICS-000001 - UL-ICS-003112 |
| Other Documents | UL-ICS-003113 – UL-ICS-018836 |
| Litigation Files | UL-ICS-018837 – UL-ICS-74352 |
| Photos | UL-ICS-74353 |
| Potentially Privileged Documents | UL-ICS-74354 – UL-ICS-74575 |

**PRIVILEGE LOG:** Documents bates labeled UL-ICS-74354 - UL-ICS-74575 involve documents related to litigation and may include communications or documents involving attorneys representing the insured. These documents will be produced first to counsel for the Plaintiff Prairie Walk Condominium Association so that they and their client have an opportunity to lodge objections, if any, to production. To the extent there are no objections by the Plaintiff, those items will then be produced.

**NOTES:** 1) Photos are also disclosed as a single bates number, but include a number of folders, subfolders, and files with a combined total size of approximately 208 gigabytes on a Windows PC. They are not being individually bates stamped due to technical imitations. The highest level folders within UL-ICS-27092 are as follows:

| Name |
| --- |
| Buckles and Associates CRAIG with Vivax... |
| Carport Garage Roofs - PM Photos 10.22... |
| December 5, 2018 |
| EXEMPLAR Photos of NEW CONSTRUCTI... |
| Garage Elevations |
| HVAC Inspection - (10-17-19 2018 - GG &... |
| Initial Inspection with Allianz-Nelson For... |
| Initial Inspection with Allianz-Nelson For... |
| Inspection 12.10.18 |
| Inspection with Nelson Forensics Drone a... |
| Inspection with SBSA (Derek O'Driscoll) ... |
| Inspection with SBSA on Metal Trim and ... |
| Intrusive Testing with SBSA (Derek O'Dris... |
| July 17, 2018_Initial Property Inspection P... |
| MFG Investigation Photos Produced |
| Misc Photos - Preliminary - 8.9.18 & 8.14.... |
| Nelson Forensic Drone Footage 21068 Pr... |
| Nelson Forensics - Investigation Photos ... |
| Newly installed windows - 10.24.18 |
| PM Photos 6-5-19 |
| Prairie Walk Siding |
| Prairie Walk Siding Intrusive Z Flash Testi... |
| Prairie Walk_Inspection Buckles and Aca... |
| Prairie Walk_Intrusive Siding Testing (Der... |
| Prairie Walk_James Hardie· MF Group Sid... |
| Siding Integration Photos - October 2019 |
| Water Table Flashing Photos (Derek O'Dri... |
| Window Inspection 10.26.18 |
| Window Inspection Photos - Preliminary ... |
| Window Inspection_KM_GG 12.12.18 |
| Window Installation Photos |
| Z flashing Assesment (KM) |
| Z Flashing Assessment (DODJBG) Decem... |
| South Overview |
| West Overview 2 |
| West Overview |

3

2) There are two files which are/were corrupted. We are working to promptly get a new copy of these files. These documents will be circulated as soon as the files are available.

3) This Response does not waive any of Impact's objections to production previously asserted and does not waive Impact's demand for payment of its costs of compliance.

DATED: December 5, 2022:   **UNDERHILL LAW, P.C.**

 */s/ Colin E. Moriarty*
Colin E. Moriarty, #36865
7350 East Progress Place, Ste. 110
Greenwood Village, Colorado 80111
Phone: (303) 721-7112

**COUNSEL FOR IMPACT CLAIM SERVICES, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2022, I caused a true and correct copy of the foregoing **IMPACT CLAIMS SERVICES, LLC'S RESPONSE RE: AMERICAN FAMILY'S SUBPOENA FOR RECORDS** to be sent via e-mail with notification addressed to the following:

*Counsel for Plaintiff*
*Prairie Walk Condominium Association:*
Christopher N. Mammel, Esq.
**MERLIN LAW GROUP-DENVER**
222 Lakeview Ave., Ste. 1250
West Palm Beach, FL 33401
Email: cmammel@merlinlawgroup.com


*Counsel for Defendant*
*The American Insurance Company:*
Nathaniel Barker, Esq.
**SPENCER FANE, LLP**
1700 Lincoln Street, #2000
Denver, Colorado 80203
nbarker@spencerfane.com

                                                     */s/ Melissa Rolli*
                                                     FOR UNDERHILL LAW, P.C.